COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-17-00249-CV

Style:     In re Jerrold Klein, Independent Executor of the Estate of Irving Klein,

Deceased, Relator

Date motion filed[*]:     May 4, 2017

Type of motion:     Motion for Reconsideration of This Court's April 18, 2017 Stay Order

Party filing motion:     Real Party in Interest Ann Sewell

Document to be filed:     N/A

Is appeal accelerated?     Yes (original proceeding-mandamus).

Ordered that motion is:

    ☐    Granted
    ☐    Denied
    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)
    ☑    Other: _____

Real Party in Interest Ann Sewell's motion for reconsideration of this Court's April 18, 2017 Stay Order is **ordered to be carried with the case** because Sewell's response, relator's reply, and Sewell's supplemental response to the mandamus petition have been filed, and the motion appears to be intertwined with the merits of the petition. The Clerk of this Court is directed to mark Sewell's motion as **carried**.

Judge's signature: /s/ Evelyn V. Keyes

           ☑ Acting individually    ☐ Acting for the Court

Date: June 8, 2017